UNITED STATES COURT OF APPEALS **FILED**

FOR THE NINTH CIRCUIT

DEC 2 2 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

　　Plaintiff - Appellee,

v.

AARON YAMASHITA,

　　Defendant - Appellant.

No. 05-16050

D.C. No. CV-04-00507-HG/KSC
CR-00-00246-HG

Hawaii
(Honolulu)

ORDER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 7 2005

at _11_ o'clock and _25_ min, ___ A M

SUE BEITIA, CLERK

Before:  SILVERMAN and CALLAHAN, Circuit Judges.

The request for a certificate of appealability is denied.  *See* 28 U.S.C.

§§ 2253(c)(2), 2255.  All pending motions and requests are denied.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

DEC 2 2 2005

by: ___
Deputy Clerk

C:\GYC\Dec 2005 COA\05-16050(2255SOL).wpd

STAFF

INTERNAL USE ONLY: Proceedings include all events.
05-16050 USA v. Yamashita

UNITED STATES OF AMERICA          Chris A. Thomas
    Plaintiff - Appellee          FAX 808/541-2808
                                           808/541-2850
                                           Suite 6-100
                                           [COR LD NTC aus]
                                           USH - OFFICE OF THE U.S.
                                           ATTORNEY
                                           PJKK Federal Building
                                           300 Ala Moana Blvd.
                                           P.O. Box 50183
                                           Honolulu, HI 96850


    v.

AARON YAMASHITA                   Aaron Yamashita
    Defendant - Appellant          Reg. No. 87861-022
                                           [NTC prs]
                                           FCIT - FEDERAL CORRECTIONAL
                                         INSTITUTION (TERMINAL ISLAND)
                                         P.O. Box 3007
                                         Terminal Island, CA 90731