# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form
(Amended)

*Returned* 1/23/06

Date: July 12, 2005

To: United States Court of Appeals  Attn: ( ) Civil
     For the Ninth Circuit
     Office of the Clerk   (✓) Criminal
     95 Seventh Street
     San Francisco, California 94103   ( ) Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:   CR 00-246 HG          Appeal No:   05-16050
          CV 04-00507 HG-KSC

Short Title:   USA vs. Yamashita

Clerk's Files in    1     volumes  (✓) original  ( ) certified copy
Bulky docs                volumes (folders)  docket #
Reporter's                volumes  (✓) original  ( ) certified copy
Transcripts
Exhibits                  volumes ( ) under seal
                          boxes   ( ) under seal

Other: This Temp file was sent in addition to the Original Transmittal sent on 7/11/2005

Acknowledgment: _____   Date: _____

cc: all Counsel